**No. 45792.**—Protests 635384–G, etc., of S. Schapiro & Sons (St. Louis).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel cotton wiping rags similar to those the subject of *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771) were held free of duty under paragraph 1750 as claimed.

**No. 45793.**—Protest 946613–G of Butler Bros. (San Francisco).

Opinion by DALLINGER, J. On the record it was held that the thumbtacks in question are composed of one piece of metal. They were therefore held dutiable at nine-tenths of 1 cent per pound under paragraph 331 as claimed.

BEFORE THE THIRD DIVISION, APRIL 30, 1941

**No. 45794.**—Protest 952805–G of W. X. Huber Co. (Los Angeles).

Opinion. by EVANS, J. The testimony showed that the merchandise consists of sweetened chocolate to which has been added a mixture of 29.8 percent of nuts, almonds, and honey, and that it is similar to that described in *Herzog* v. *United States* (T. D. 43666). From the testimony it also appeared that the commodity is someting more than sweetened chocolate, Abstract 17884, 15 Treas. Dec. 26, cited, and the Treasury Department has held that articles mixed with nuts are confectionery and not chocolate (T. D. 40550). The protest was therefore overruled.